In the Matter of ANTHONY DI MASO, Petitioner, v. NEW YORK STATE LIQUOR AUTHORITY, Respondent.—

Beldock, P. J., Brennan, Rabin, Hopkins and Benjamin, JJ., concur.